IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MARGARITA CHAVIRA,** § § § | |
| Plaintiff, § § | |
| v. § | **CAUSE NO. EP-23-CV-10-KC** |
| § § | |
| **WAL-MART STORES TEXAS, LLC,** § § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 9. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Stipulation, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 16th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE